In the Matter of the Estate of Richard Pickens, Also Known as Richard E. Pickens, Deceased.

Frank Bonan, Individually and as Executor of the Will of Richard Pickens, Deceased, Petitioner Below, Appellee Herein, v. Curtis G. Pickens, et al., the Heirs at Law of Richard Pickens, Deceased, Respondents Below, Appellants Herein.

Gen. No. 68–31. 

Fifth District.

January 30, 1969.

 Hart & Hart, of Benton (Richard O. Hart, of counsel), Doskocil and Pulos, of St. Louis, Missouri, Murray and Stevens, of Centralia, Chase and Foreman, of Metropolis, and Waller, Threlkeld & Whitlow, of Paducah, Kentucky, for appellants; Robert S. Hill, of Hill & Hill, of Benton, and Howard W. Campbell, Jack E. Horsley, of Craig & Craig, of Mt. Vernon (Fred H. Kelly, of Mattoon, of counsel), for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**